**Dismissed and Opinion Filed November 14, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01015-CV

### IN RE GENE E. PHILLIPS, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05268-A**

## MEMORANDUM OPINION

Before Justices Bridges, Myers, and Whitehill
Opinion by Justice Whitehill

Before the Court is relator's motion to dismiss due to settlement.  We grant the motion and

dismiss this original proceeding.


/Bill Whitehill/
BILL WHITEHILL
JUSTICE


181015F.P05